UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROY JOSEPH LUKE | CIVIL ACTION |
| VERSUS | NO: 16-15779 |
| JORDAN DARCEY, LTT., ET AL. | SECTION: "N" (4) |

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that that Roy Joseph Luke's § 1983 claims against Lieutenant Jordan Darcey, Sergeant Authement, Warden Claude Triche, and Sheriff Jerry Larpenter are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915(A), and 42 U.S.C. § 1997(e).

New Orleans, Louisiana, this 24th day of August, 2017.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE